THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA M. DAVY,

              Plaintiff,

    v.

UNIVERSAL LANGUAGE SERVICES, INC.,

              Defendant.

CASE NO. C22-1702-JCC

MINUTE ORDER

       This matter comes before the Court on Defendant's motion for a more definite statement (Dkt. No. 5) and Plaintiff's motion for "Default Summary Judgment" (Dkt. No. 7). The Court interprets the latter as seeking entry of default and the former as seeking to set aside an entry of default. *See, e.g.*, *McMillen v. J.C. Penney Co., Inc.*, 205 F.R.D. 557, 558 (D. Nev. 2002). But Defendant's motion lacks any discussion of the Rule 55(c) mitigating circumstances warranting setting aside such an entry. (*See generally* Dkt. No. 5.) Therefore, the Court requires a supplemental brief from Defendant explaining the mitigating circumstances justifying setting aside an entry of default here. Defendant has until January 25, 2023 to provide the Court with the supplemental brief, which shall not exceed 7 pages. Plaintiff's response to Defendant's motion

MINUTE ORDER
C22-1702-JCC
PAGE - 1

for a more definite statement (Dkt. No. 5), inclusive of Defendant's supplemental brief, is due February 8, 2023. Defendant's reply is due February 10, 2023. The Clerk is DIRECTED to renote Docket Numbers 5 and 7 to February 10, 2023.

DATED this 10th day of January 2023.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Serge Bodnarchuk</u>
Deputy Clerk